No. 10-6513. Mark Moor, Petitioner v. Jack Palmer, Warden, et al.

562 U.S. 1049, 131 S. Ct. 609, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8839.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 603 F.3d 658.

No. 10-6541. Bruce John Kenneway, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

562 U.S. 1049, 131 S. Ct. 609, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8959.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-6586. Mohammed Karimzada, Petitioner v. Raymond Cunningham, Superintendent, Woodbourne Correctional Facility.

562 U.S. 1049, 131 S. Ct. 609, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8852.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6611. Marvin Bryant, Petitioner v. Illinois.

562 U.S. 1049, 131 S. Ct. 609, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8830.

November 15, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 394 Ill. App. 3d 1101, 369 Ill. Dec. 92, 985 N.E.2d 1078.

No. 10-6614. Marvin E. Stone, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

562 U.S. 1049, 131 S. Ct. 609, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8811.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-6619. Ndukwe Ukaegbu Kalu, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1049, 131 S. Ct. 610, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8858.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-6623. Felicia Gay Camper, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

562 U.S. 1049, 131 S. Ct. 610, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8951.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 346.

No. 10-6655. Marcellus Thomas, Petitioner v. United States.

562 U.S. 1049, 131 S. Ct. 610, 178 L. Ed. 2d 444, 2010 U.S. LEXIS 8871,

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 321.